**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AVAZBEK TURSUNOV, | No. 4:26-CV-00826 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| JEFFREY BUTLER, *et al.*, | |
| Respondents. | |

**ORDER**

**MAY 27, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Tursunov's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2.  The Government **SHALL** either shall release Tursunov on his own recognizance pursuant to 8 U.S.C. § 1226(a), or provide Tursunov with an individualized bond hearing at which he may present evidence on or before Tuesday, June 9, 2026;

3.  On or before Friday, June 19, 2026, Respondents **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was granted or denied and, if denied, provide a detailed explanation of the

reasons for such denial (beyond simply stating that Petitioner was found to be a danger or flight risk); and

4.    The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

2